## Commonwealth ex rel. West, Appellant, *v.* Myers.

 Submitted June 13, 1966. *Rudolph West,* appellant, in propria persona; *H. Book Hopkins* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Williams, Appellant, *v.* Johnston.

 Submitted June 13, 1966. *Lawrence D. Williams,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for appellee.

Order affirmed.